**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Edward L. Spann, IV,<br>　　　　Debtor,<br><br>Wells Fargo Bank, N.A.,<br>　　　　Movant,<br>　v.<br>Edward L. Spann, IV,<br>　　　　Debtor/Respondent,<br><br>Kenneth E. West,<br>　　　　Trustee/Respondent. | Bankruptcy No. 25-13625-djb<br><br>Chapter 13<br><br>Related to Doc. No. 3 |

## WELLS FARGO BANK, N.A.'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Wells Fargo Bank, N.A., ("WELLS FARGO"), by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan of Debtor, Edward L. Spann, IV, and in support thereof alleges as follows:

1. Debtor, Edward L. Spann, IV, filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on September 9, 2025.

2. WELLS FARGO holds a security interest in the Debtor's real property located 1610 Juniper Avenue, Elkins Park, PA 19027 (the "Property"), by virtue of a Mortgage recorded with the Montgomery County Recorder of Deeds on May 21, 2019 in instrument No. 2019031491 which has ultimately been assigned to Wells Fargo Bank, N.A.

3. Said Mortgage secures a Note in the amount of $339,500.00

4. Upon review of internal records, it is anticipated that WELLS FARGO Proof of Claim will include a pre-petition arrearage of approximately $9,754.74 a true and correct copy of the pre-petition arrearage is attached hereto as Exhibit "A."

5. On September 9, 2025, Debtor filed a Chapter 13 Plan (the "Plan"). A true and correct copy of the Plan is attached hereto as Exhibit "B."

6. The Plan fails to account for the full pre-petition arrearage of $9,754.74 as it only provides $5,477.17 that will be paid to Secured Creditor through the Plan. See Exhibit "B."

7. Thus, the Plan is understated as it does not accurately reflect the amount of the pre-petition arrearage which will be paid through the Chapter 13 Trustee's Office.

8. Accordingly, pursuant to 11 U.S.C.A. § 1325(a)(5) WELLS FARGO hereby objects to Debtors' proposed Plan due to the fact that the value of the property to be distributed thereunder will be less than the allowed amount under the claim. See 11 U.S.C.A. § 1325(a)(5)(B)(ii).

**WHEREFORE**, Secured creditor Wells Fargo Bank, N.A., respectfully requests that this Court not confirm the Chapter 13 Plan of Debtor, Edward L. Spann, IV.

Respectfully Submitted,

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
Fax: (404) 393-1425

By: /s/Michelle L. McGowan, Esq.
Michelle L. McGowan, Esq., Esquire
Pennsylvania Bar Number 62414 PA
Email: mimcgowan@raslg.com

Date: September 18, 2025

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Edward L. Spann, IV,<br>　　　　　Debtor,<br><br>Wells Fargo Bank, N.A.,<br>　　　　　Movant,<br>　v.<br>Edward L. Spann, IV,<br>　　　　　Debtor/Respondent,<br><br>Kenneth E. West,<br>　　　　　Trustee/Respondent. | Bankruptcy No. 25-13625-djb<br><br>Chapter 13<br><br>Related to Doc. No. 3 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>September 18, 2025</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building

900 Market Street
Suite 320
Philadelphia, PA 19107

Edward L. Spann, IV
1610 Juniper Ave
Elkins Park, PA 19027-2523

                Respectfully Submitted,

                **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                Authorized Agent for Secured Creditor
                13010 Morris Rd., Suite 450
                Alpharetta, GA 30004
                Phone: (470) 321-7112
                Fax: (404) 393-1425

                By: /s/Michelle L. McGowan, Esq.
                Michelle L. McGowan, Esq., Esquire
                Pennsylvania Bar Number 62414 PA
                Email: mimcgowan@raslg.com