**Bankruptcy Proof of Claim:** ▆▆▆▆▆ [ **Account Data Views:** ▆▆▆▆

| Borrower: | SPANN,EDWARD | Address: | 1610 JUNIPER AVENUE | Prin Bal: | $300,734.84 | Investor Type: | ▆▆ |
| Co-Borrower Name: | GILLIAM-SPANN,WENDA T | City: | ELKINS PARK | Add Prin Bal: | $5,085.21 (P) | Investor #: | ▆▆ |
| Due Date: | 09/01/2025 | State: | PA | Account Type: | First Mortgage - Conventional With PMI | Investor Account #: | ▆▆▆ |
| Last Pmt Appd On: | 08/28/2025 | Zip Code: | 19027 | Total Pmt Amt: | $3,058.25 | PLS Client ID: | |

## Pre-Petition Claim

### Pre-Petition Claim

| | | | |
|---|---|---|---|
| Petition Claim Date: | 09/15/2025 | Petition Acknowledge Date: | |
| Confirmation Hearing Date: | | Petition Claim Amount: | $9,754.74 |
| Petition Confirmed Amount: | $9,754.74 | Preliminary: | Yes |
| Principal Balance: | $305,820.05 | Pre-Petition Claim Required: | Yes |
| Revised Claim Date: | | | |

#### Payment Schedule For Pre-Petition

Row Count = 1

| Sequence Number | From Date | To Date | Payment Amount | Payments Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| 1 | 09/01/2025 | 09/01/2025 | $3,058.25 | $3,058.25 | 1 | $0.00 | $0.00 |
| Pymt and Lt Chg Totals: | 09/01/2025 | 09/01/2025 | | $3,058.25 | 1 | | $0.00 |

| Total Late Charges Paid to Date: | $0.00 | |
|---|---|---|

#### Fees For Pre-Petition

Row Count = 2

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| LC | ACCRUED LATE CHGS | $2,288.25 | $2,288.25 | $0.00 |
| ES | ESCROW SHORTAGE | $4,408.24 | $4,408.24 | $0.00 |
| Fee Totals: | | $6,696.49 | $6,696.49 | $0.00 |

## Post-Petition Claim 1

### Post-Petition Claim 1

No Data Available

#### Payment Schedule For Post-Petition 1

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |

No Data Available

#### Fees For Post-Petition 1

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |

## Post-Petition Claim 2

### Post-Petition Claim 2

No Data Available

#### Payment Schedule For Post-Petition 2

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |

No Data Available

#### Fees For Post-Petition 2

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |