UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire
1700 Market Street, Suite 1005
Philadelphia, PA 19103
(610) 994-1137
Attorney for Creditor Meridian Equipment Finance LLC

| | |
|---|---|
| IN RE: | : CASE NUMBER: 25-13625-DJB |
| | : |
| EDWARD L. SPANN IV | : |
| | : CHAPTER 13 |
| Debtor. | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Meridian Equipment Finance LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Saldutti Law Group
Rebecca K. McDowell, Esq.
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Email: rmcdowell@slgcollect.com

SALDUTTI LAW GROUP

*/s/ Rebecca K. McDowell*
REBECCA K. MCDOWELL, ESQ.

Dated: September 18, 2025