**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Edward L. Spann, IV |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 25-13625 |

**Official Form 410S1**
# Notice of Mortgage Payment Change
12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of Creditor:** | Wells Fargo Bank, N.A. | **Court claim no.** (if known): | |
| **Last 4 digits** of any number you use to identify the debtor's account: | 4687 | **Date of payment change:** Must be at least 21 days after date of this notice | 11/01/2025 |
| **Uniform Claim Identifier:** | WFCMGF2513625PAE52474687 | **New total payment:** Principal, interest, and escrow, if any | $3,122.58 |

## Part 1:  Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.

Describe the basis for the change. If a statement is not attached, explain why:

After the effective date of the previously filed escrow payment change, the escrow shortage amount was paid in full. The shortage amount will be removed as of the next due date.  A new analysis isn't run so no new document exists.

| Current escrow payment: | $1,363.18 | New escrow payment: | $1,427.51 |
|---|---|---|---|

## Part 2:  Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No

☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

| Current interest rate: | | New interest rate: | |
|---|---|---|---|
| Current principal and interest payment: | | New principal and interest payment: | |

## Part 3:  Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:

| Current mortgage payment: | | New mortgage payment: | |
|---|---|---|---|

| Debtor 1 | Edward | L. | Spann, IV | Case number (if known) | 25-13625 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☒ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Eric Retzlaff                              Date  09/25/2025
  Signature

Print:  Eric Retzlaff                             Title  VP Loan Documentation
        First Name    Middle Name    Last Name

Company       Wells Fargo Bank, N.A.              Specific Contact Information:
Address       MAC N9286-01Y                       P: 800-274-7025
              P.O. Box 1629                       E: NoticeOfPaymentChangeInquiries@wellsfargo.com
              Minneapolis, MN 55440-9790



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

EDWARD SPANN
WENDA T GILLIAM-SPANN
1610 JUNIPER AVE
ELKINS PARK PA 19027-2523

**What you need to know about the escrow account shortage**
Although not required, the shortage amount may be paid. If the shortage is paid, the entire shortage amount must be paid prior to making the **Oct 01, 2025** payment. If the monthly mortgage payment is paid in advance of this date, then the entire escrow shortage must be paid by that time. Please note: if the shortage amount is paid prior to making the Oct 01, 2025 payment, then the payment for Oct 01, 2025 forward will be $3,122.58.

Quick and easy ways to pay
- Online at wellsfargo.com and schedule a payment by placing the entire shortage amount of **$4,408.24** in the 'Additional escrow' field.
- Phone, use the Telephone number provided in the Customer Service section on the enclosed statement.
- Detach the below coupon and mail it along with a check for the entire shortage amount of **$4,408.24** to:
  Wells Fargo Home Mortgage
  PO Box 77036
  Minneapolis, MN 55480-7736

——————————————————————————— ———————————————————

Please apply this payment to escrow:

Loan number: ▮▮▮▮▮▮▮▮
Property address: 1610 JUNIPER AVENUE
ELKINS PARK, PA 19027

Escrow shortage payment: **$4,408.24**

**WELLS FARGO**

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

# Escrow Review Statement
*For informational purposes only*

**Statement Date:** September 15, 2025
**Loan number:**
**Property address:**
1610 JUNIPER AVENUE
ELKINS PARK PA 19027

## Customer Service

 **Online**
wellsfargo.com

 **Telephone**
1-800-340-0473

 **Correspondence**
PO Box 10335
Des Moines, IA 50306

 **Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

EDWARD SPANN
WENDA T GILLIAM-SPANN
1610 JUNIPER AVE
ELKINS PARK PA 19027-2523

---

This escrow review statement was completed as part of our preparation and filing of a proof of claim in a recently filed bankruptcy case, as required under applicable bankruptcy laws.

The escrow account has a shortage of $4,408.24. At this time, the shortage will not impact the post-petition escrow payment, rather it is included in the arrearage amount of the proof of claim.

---

*If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The informational summaries below are based on the terms of the loan.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**. See box to the right and subsequent pages for additional information.

- **Payments:** As of the **October 1, 2025** payment, the escrow portion of the payment **increases**.

## Part 1 - Mortgage payment

### New Payment    The new total payment will be $3,122.58

|  | Previous payment through 09/01/2025 payment date | New payment beginning with the 10/01/2025 payment |
|---|---|---|
| **Principal and/or interest** | $1,695.07 | $1,695.07 |
| **Escrow payment** | $1,363.18 | $1,427.51 |
| **Total payment amount** | $3,058.25 | $3,122.58 |

### No action required

Starting **October 1, 2025** the new payment amount will be **$3,122.58**

**See the following pages and the additional enclosure for more detail.**

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $16,974.60. For the coming year, we expect the amount paid from escrow to be $17,130.20.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 01/23 - 12/23 (Actual) | 01/24 - 12/24 (Actual) | 11/24 - 09/25 (Actual) | 10/25 - 09/26 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $11,588.00 | $11,829.00 | $12,205.00 | $12,205.00 | ÷ | 12 | = | $1,017.08 |
| **Property insurance** | $2,026.00 | $2,662.00 | $3,058.00 | $3,058.00 | ÷ | 12 | = | $254.83 |
| **Total taxes and insurance** | $13,614.00 | $14,491.00 | $15,263.00 | $15,263.00 | ÷ | 12 | = | **$1,271.91** |
| **Escrow shortage** | $3,321.64 | $3,148.28 | $3,443.17 | **$4,408.24** | ÷ | 0 | = | $0.00 |
| **Mortgage insurance** | $1,867.20 | $1,867.20 | $1,711.60 | $1,867.20 | ÷ | 12 | = | $155.60 |
| **Total escrow** | $18,802.84 | $19,506.48 | $20,417.77 | $21,538.44 |  |  |  | $1,427.51 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage and an overage check may be issued to the customer or the bankruptcy trustee, based on applicable bankruptcy law. If it is negative, there is a shortage and the actual shortage plus any projected shortage, based on applicable bankruptcy law, will be included in the proof of claim.

|  | Contractual | Post-Petition¶ |  |
|---|---|---|---|
| Lowest projected escrow balance August 2026 | -$1,864.41 | -$1,427.59 | (Calculated in Part 4 - Escrow account projections table) |
| Minimum balance for the escrow account† | $2,543.83 |  |  |

¶Post-petition (post-filing) - Occurring after the filing of a bankruptcy petition.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance as allowed by state laws and/or the mortgage contract. The cash reserve amount does not include mortgage insurance. This account is set to a 2 month cash reserve amount. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 6.

## Part 3 - Escrow account history

### Escrow account activity from October 2024 to September 2025

| Date | Deposits to escrow Actual | Deposits to escrow Projected | Deposits to escrow Difference | Payments from escrow Actual | Payments from escrow Projected | Payments from escrow Difference | Description | Escrow balance Actual | Escrow balance Projected | Escrow balance Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Oct 2024 | | | | | | | Starting Balance | $165.26 | | |
| Oct 2024 | $1,377.54 | | | $155.60 | | | PMI INSURANC | $1,387.20 | | |
| Nov 2024 | $1,363.18 | $1,363.18 | $0.00 | $0.00 | $155.60 | -$155.60 | PMI Insurance | $2,750.38 | $6,037.95 | -$3,287.57 |
| Nov 2024 | $0.00 | $0.00 | $0.00 | $155.60 | $0.00 | $155.60 | PMI Insurance | $2,594.78 | $6,037.95 | -$3,443.17 |
| Dec 2024 | $1,363.18 | $1,363.18 | $0.00 | $0.00 | $155.60 | -$155.60 | PMI Insurance | $3,957.96 | $7,245.53 | -$3,287.57 |
| Dec 2024 | $0.00 | $0.00 | $0.00 | $155.60 | $0.00 | $155.60 | PMI Insurance | $3,802.36 | $7,245.53 | -$3,443.17 |
| Jan 2025 | $1,363.18 | $1,363.18 | $0.00 | $0.00 | $155.60 | -$155.60 | PMI Insurance | $5,165.54 | $8,453.11 | -$3,287.57 |
| Jan 2025 | $0.00 | $0.00 | $0.00 | $155.60 | $0.00 | $155.60 | PMI Insurance | $5,009.94 | $8,453.11 | -$3,443.17 |
| Feb 2025 | $1,363.18 | $1,363.18 | $0.00 | $0.00 | $155.60 | -$155.60 | PMI Insurance | $6,373.12 | $9,660.69 | -$3,287.57 |
| Feb 2025 | $0.00 | $0.00 | $0.00 | $155.60 | $0.00 | $155.60 | PMI Insurance | $6,217.52 | $9,660.69 | -$3,443.17 |
| Mar 2025 | $1,363.18 | $1,363.18 | $0.00 | $0.00 | $155.60 | -$155.60 | PMI Insurance | $7,580.70 | $10,868.27 | -$3,287.57 |
| Mar 2025 | $0.00 | $0.00 | $0.00 | $3,283.00 | $3,136.00 | $147.00 | CHELTENHAM TOWNSHIP | $4,297.70 | $7,732.27 | -$3,434.57 |
| Mar 2025 | $0.00 | $0.00 | $0.00 | $155.60 | $0.00 | $155.60 | PMI Insurance | $4,142.10 | $7,732.27 | -$3,590.17 |
| Apr 2025 | $1,363.18 | $1,363.18 | $0.00 | $0.00 | $155.60 | -$155.60 | PMI Insurance | $5,505.28 | $8,939.85 | -$3,434.57 |
| Apr 2025 | $0.00 | $0.00 | $0.00 | $155.60 | $0.00 | $155.60 | PMI Insurance | $5,349.68 | $8,939.85 | -$3,590.17 |
| Apr 2025 | $0.00 | $0.00 | $0.00 | $3,058.00 | $0.00 | $3,058.00 | PHILADELPHIA CONTRIB | $2,291.68 | $8,939.85 | -$6,648.17 |
| May 2025 | $1,363.18 | $1,363.18 | $0.00 | $0.00 | $155.60 | -$155.60 | PMI Insurance | $3,654.86 | $10,147.43 | -$6,492.57 |
| May 2025 | $0.00 | $0.00 | $0.00 | $0.00 | $2,662.00 | -$2,662.00 | PHILADELPHIA CONTRIB | $3,654.86 | $7,485.43 | -$3,830.57 |
| May 2025 | $0.00 | $0.00 | $0.00 | $155.60 | $0.00 | $155.60 | PMI Insurance | $3,499.26 | $7,485.43 | -$3,986.17 |
| Jun 2025 | $1,363.18 | $1,363.18 | $0.00 | $0.00 | $155.60 | -$155.60 | PMI Insurance | $4,862.44 | $8,693.01 | -$3,830.57 |
| Jun 2025 | $0.00 | $0.00 | $0.00 | $155.60 | $0.00 | $155.60 | PMI Insurance | $4,706.84 | $8,693.01 | -$3,986.17 |
| Jul 2025 | $1,363.18 | $1,363.18 | $0.00 | $0.00 | $155.60 | -$155.60 | PMI Insurance | $6,070.02 | $9,900.59 | -$3,830.57 |
| Jul 2025 | $0.00 | $0.00 | $0.00 | $155.60 | $0.00 | $155.60 | PMI Insurance | $5,914.42 | $9,900.59 | -$3,986.17 |
| Aug 2025 | $1,363.18 | $1,363.18 | $0.00 | $0.00 | $155.60 | -$155.60 | PMI Insurance | $7,277.60 | $11,108.17 | -$3,830.57 |
| Aug 2025 | $0.00 | $0.00 | $0.00 | $8,922.00 | $8,693.00 | $229.00 | CHELTENHAM TOWNSHIP SCHO | -$1,644.40 | $2,415.17 | -$4,059.57 |
| Aug 2025 | $0.00 | $0.00 | $0.00 | $155.60 | $0.00 | $155.60 | PMI Insurance | -$1,800.00 | $2,415.17 | -$4,215.17 |
| Sep 2025 (estimate) | $1,363.18 | $1,363.18 | $0.00 | $155.60 | $155.60 | $0.00 | PMI Insurance | -$592.42 | $3,622.75 | -$4,215.17 |
| Totals | $16,372.52 | $14,994.98 | $0.00 | $17,130.20 | $16,202.60 | $772.00 | | | | |

If the activity contains (estimate), then "deposits to" or "payments from" escrow or both are estimated amounts that have not actually occurred. These pre-petition amounts impact the proof of claim(s) filed in the bankruptcy case in the amount of $1,363.18. Pre-petition (Pre-filing) - occurring before the filing of a bankruptcy petition.

## Part 4 - Escrow account projections

### Escrow account projections from October 2025 to September 2026

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance Contractual | Projected escrow balance Post-petition | Balance required in the account |
|---|---|---|---|---|---|---|
| | | | Starting contractual escrow balance | -$1,800.00 | $0.00 | |
| | | | Outstanding pre-petition escrow payments | $1,363.18 | Not Applicable | |
| | | | Escrow disbursements between filing and payment change | -$155.60 | -$155.60 | |
| Sep 2025 | | | Projected period starting balance | -$592.42 | -$155.60 | $3,815.82 |
| Oct 2025 | $1,427.51 | $155.60 | PMI Insurance | $679.49 | $1,116.31 | $5,087.73 |
| Nov 2025 | $1,427.51 | $155.60 | PMI Insurance | $1,951.40 | $2,388.22 | $6,359.64 |
| Dec 2025 | $1,427.51 | $155.60 | PMI Insurance | $3,223.31 | $3,660.13 | $7,631.55 |
| Jan 2026 | $1,427.51 | $155.60 | PMI Insurance | $4,495.22 | $4,932.04 | $8,903.46 |
| Feb 2026 | $1,427.51 | $155.60 | PMI Insurance | $5,767.13 | $6,203.95 | $10,175.37 |
| Mar 2026 | $1,427.51 | $155.60 | PMI Insurance | $7,039.04 | $7,475.86 | $11,447.28 |
| Mar 2026 | $0.00 | $3,283.00 | CHELTENHAM TOWNSHIP | $3,756.04 | $4,192.86 | $8,164.28 |
| Apr 2026 | $1,427.51 | $155.60 | PMI Insurance | $5,027.95 | $5,464.77 | $9,436.19 |
| May 2026 | $1,427.51 | $155.60 | PMI Insurance | $6,299.86 | $6,736.68 | $10,708.10 |
| May 2026 | $0.00 | $3,058.00 | PHILADELPHIA CONTRIB | $3,241.86 | $3,678.68 | $7,650.10 |
| Jun 2026 | $1,427.51 | $155.60 | PMI Insurance | $4,513.77 | $4,950.59 | $8,922.01 |
| Jul 2026 | $1,427.51 | $155.60 | PMI Insurance | $5,785.68 | $6,222.50 | $10,193.92 |
| Aug 2026 | $1,427.51 | $155.60 | PMI Insurance | $7,057.59 | $7,494.41 | $11,465.83 |

***Continued on next page ***

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | | Balance required in the account |
|---|---|---|---|---|---|---|
| | | | | Contractual | Post-petition | |
| Aug 2026 | $0.00 | $8,922.00 | CHELTENHAM TOWNSHIP SCHO | -$1,864.41 | -$1,427.59 | $2,543.83 |
| Sep 2026 | $1,427.51 | $155.60 | PMI Insurance | -$592.50 | -$155.68 | $3,815.74 |
| Totals | $17,130.12 | $17,130.20 | | | | |



Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2022 Wells Fargo Bank, N. A. All rights reserved.
NMLSR ID 399801   Member FDIC

**Important notice**

Your mortgage may require private mortgage insurance (PMI) which protects lenders against financial loss should borrowers default on their mortgage. Under certain circumstances, federal law allows you to cancel PMI or requires that PMI be automatically terminated. This could reduce your mortgage payment. If you paid for the PMI policy up front at the time of closing, cancelling PMI will not impact your monthly mortgage payment amount.

**Under Federal law**

If you obtained your mortgage on or after July 29, 1999 and used the funds to purchase, construct, or refinance your primary residence, your mortgage is covered by the Homeowners Protection Act of 1998 (HPA). If you obtained your mortgage before July 29, 1999, or if your property has multiple units or is an investment property, your loan is not covered by the HPA.

There are two ways in which you may proceed:

1. **Cancellation requested by borrower**
   You can request to have the PMI cancelled on or after either of these dates:
   - The date the principal balance of your mortgage is first scheduled to reach 80% of the original value of the property.
   - The date the principal balance actually reaches 80% of the original value of the property.

   You must also meet these qualifications:
   - Your loan must be current on your mortgage payments with no past due payments owed. You must also have a good payment history. A good payment history is defined as not having any payments 30 or more days late in the last 12 months and no payments 60 or more days late in the last 24 months.
   - At your own expense, you must order a new valuation through us that shows the value of your property has not declined below its original value. Original value is defined as the lesser of either the appraisal value of your property when your loan closed or the actual price you paid for your property.

2. **Automatic termination of PMI**
   We will automatically terminate your PMI on the following date:
   - The date the principal balance of your mortgage is first scheduled to reach 78% of the original value of the property.

   You must also meet these qualifications:
   - You are up-to-date on your mortgage payments.
   - If you are not current on your mortgage payments as of the scheduled termination date, your PMI will automatically be terminated when you become current.

   In any event, PMI will not be required beyond the midpoint of your amortization period for the loan as long as you are current on your mortgage payments.

**Investor options**

The investor who owns your loan may allow additional options to cancel PMI using your property's current value. To learn more about your specific investor options, please contact us.

**Are you eligible to have your PMI cancelled or terminated?**

Our servicing representatives will be happy to let you know if you meet the requirements to have your PMI cancelled or terminated. They will advise you whether an appraisal is required.

If you have any questions or need further assistance, please contact us at the phone number provided on the front of the statement.

# Your Escrow Review Statement has been updated

## Here's what you can find on it

### Part 1 – Mortgage payment
Includes the previous and new mortgage payment amount.

### Part 2 – Payment calculations
Shows how we calculated the escrow portion of the payment, as well as any overage or shortage the escrow account may have.

### Part 3 – Escrow account history
Shows:
- How much was put into the escrow account.
- How much was paid out of the escrow account.
- If there's a difference between what we projected and what actually happened.

Some amounts in this section may be noted as an "estimate" if we hadn't yet received an expected deposit or made a planned payment from the escrow account at the time we completed your escrow review. These estimates assume that the deposits will be received and the payments will be made.

### Part 4 – Escrow account projections
Shows what we expect to be deposited into the escrow account and what we expect to pay out of it in the future, as well as the contractual and post-petition balance after each bill is paid and the balance that's required in the account each month.

**wellsfargo.com/escrow**
- Learn more about how escrow accounts work.
- Watch the videos - for a quick way to better understand escrow accounts.
- Review answers to frequently asked questions.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                 CASE NO.:     25-13625

**Edward L. Spann, IV**                   CHAPTER:     13

**Debtor(s).**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on or before September 26, 2025, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                         *By U.S. Postal Service First Class Mail Postage Prepaid:*

Edward L. Spann, IV
1610 Juniper Ave
Elkins Park, PA 19027-2523

*Debtor's Attorney:*            *By CM / ECF Filing:*

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

*Trustee:*                        *By CM / ECF Filing:*

*Trustee:*     KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

/s/ Mark Cardenas
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)