# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Edward L. Spann, IV,<br>        Debtor,<br><br>Wells Fargo Bank, N.A.,<br>        Movant,<br>  v.<br>Edward L. Spann, IV,<br>        Debtor/Respondent,<br><br>Kenneth E. West,<br>        Trustee/Respondent. | Bankruptcy No. 25-13625-djb<br><br>Chapter 13<br><br>Related to Doc. No. 10 |

## PRAECIPE TO WITHDRAW

**PLEASE TAKE NOTICE THAT** Wells Fargo Bank, N.A., the undersigned hereby withdraws the following document:

**Docket Entry #10 Wells Fargo Bank, N.A., Objection to Confirmation of Debtor's Chapter 13 Plan, filed on September 18, 2025.**

        Respectfully Submitted,

        **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
        By: /s/Michelle L. McGowan, Esq.
        Michelle L. McGowan, Esq., Esquire
        13010 Morris Rd., Suite 450
        Alpharetta, GA 30004
        Phone: (470) 321-7112
        Fax: (404) 393-1425
        Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Edward L. Spann, IV,<br>　　　　Debtor,<br><br>Wells Fargo Bank, N.A.,<br>　　　　Movant,<br>　v.<br>Edward L. Spann, IV,<br>　　　　Debtor/Respondent,<br><br>Kenneth E. West,<br>　　　　Trustee/Respondent. | Bankruptcy No. 25-13625-djb<br><br>Chapter 13<br><br>Related to Doc. No. 10 |

**CERTIFICATE OF SERVICE**

　　**I HEREBY CERTIFY** that on November 26, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Edward L. Spann, IV
1610 Juniper Ave
Elkins Park, PA 19027-2523

                Respectfully Submitted,

                **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                By: /s/Michelle L. McGowan, Esq.
                Michelle L. McGowan, Esq., Esquire
                13010 Morris Rd., Suite 450
                Alpharetta, GA 30004
                Phone: (470) 321-7112
                Fax: (404) 393-1425
                Email: mimcgowan@raslg.com