United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13625-djb |
| Edward L. Spann, IV | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 19, 2026 | Form ID: 155 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Edward L. Spann, IV, 1610 Juniper Ave, Elkins Park, PA 19027-2523 |
| 15048392 | | ARC/Absolute Resolutions Corp, Attn: Bankruptcy, PO Box 243, Minneapolis, MN 55439 |
| 15048394 | + | Bay Financial, 700 Central Avenue, Saint Petersburg, FL 33701-3631 |
| 15048400 | + | Community Capital Wo, 111 S Independence Mall, Philadelphia, PA 19106-2515 |
| 15048408 | + | Merchant Capital Group, LLC, dba Greenbox Capital, 2200 Biscayne Blvd, Miami, FL 33137-5283 |
| 15059070 | + | Merchant Capital Group,LLC., dba Greenbox Capital, Sprechman and Fisher PA, 2775 Sunny Isles Blvd, Suite 100 Miami FL 33160-4078 |
| 15048409 | + | Meridian Equipment Finance, LLC, 367 Eagleview Blvd, Exton, PA 19341-1156 |
| 15052382 | + | Meridian Equipment Finance, LLC., c/o Saldutti Law Group, Rebecca K. McDowell, Esq., 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 15048413 | + | New Wave Card/webbank/, 675 Ponce De Leon Ave NE Suite 8500, Atlanta, GA 30308-1884 |
| 15048415 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15048419 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15048424 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |
| 15048426 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15049760 | + | Wilmington Savings Fund Society, FSB, not its indi, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106-2607 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15051707 | | Email/Text: Bankruptcy@absoluteresolutions.com | Feb 20 2026 00:56:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15048388 | | Email/Text: bncnotifications@pheaa.org | Feb 20 2026 00:57:00 | AES/PHEAA, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15048389 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 20 2026 01:02:25 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15063693 | | Email/PDF: bncnotices@becket-lee.com | Feb 20 2026 01:02:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15048390 | + | Email/Text: jvalencia@amhfcu.org | Feb 20 2026 00:57:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 15048391 | | Email/PDF: bncnotices@becket-lee.com | Feb 20 2026 01:02:14 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15048393 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 20 2026 00:56:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15048398 | | Email/Text: megan.harper@phila.gov | Feb 20 2026 00:57:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15048395 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 25-13625-djb   Doc 31   Filed 02/21/26   Entered 02/22/26 00:43:02   Desc Imaged
                          Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Feb 19, 2026 | Form ID: 155 | Total Noticed: 62 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 15048396 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 20 2026 01:02:15 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| | | | Feb 20 2026 01:02:19 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15048397 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2026 01:02:14 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15048399 | | Email/Text: bankruptcy@philapark.org | Feb 20 2026 00:57:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15048401 | ^ | MEBN | Feb 20 2026 00:54:36 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15048402 | | Email/Text: mrdiscen@discover.com | Feb 20 2026 00:56:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15048407 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2026 01:02:20 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15048403 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 20 2026 00:57:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15048404 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 20 2026 00:57:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15048405 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 20 2026 00:57:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302 |
| 15055715 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 20 2026 01:02:19 | JPMorgan Chase Bank, N.A., P.O. Box 15368, Wilmington DE 19850-5368 |
| 15055322 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 20 2026 00:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15055717 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 20 2026 00:57:00 | Jefferson Capital Systems, LLC, PO BOX 772813, Chicago IL 60677-2813 |
| 15048406 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 20 2026 01:02:24 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 15051671 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 01:02:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15048429 | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 20 2026 00:57:00 | Wilmington Savings Fund Society, c/o McCalla Raymer Leibert Pierce. LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 15048410 | | Email/Text: EBN@Mohela.com | Feb 20 2026 00:57:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15052621 | | Email/Text: EBN@Mohela.com | Feb 20 2026 00:57:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 15048411 | ^ | MEBN | Feb 20 2026 00:54:49 | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 15048412 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 20 2026 00:57:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 15048414 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 20 2026 00:57:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15048418 | ^ | MEBN | Feb 20 2026 00:54:19 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15072372 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 20 2026 00:56:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15048421 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 20 2026 00:56:00 | PNC Financial, Attn: Bankruptcy, 300 5th Ave, |

Case 25-13625-djb    Doc 31    Filed 02/21/26    Entered 02/22/26 00:43:02    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: 155 | Total Noticed: 62 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Pittsburgh, PA 15222-2401 |
| 15048416 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2026 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15052300 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2026 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15048417 | ^ | MEBN | Feb 20 2026 00:54:43 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15048420 | | Email/Text: bankruptcy@philapark.org | Feb 20 2026 00:57:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15050430 | | Email/Text: bnc-quantum@quantum3group.com | Feb 20 2026 00:57:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15050769 | | Email/Text: bnc-quantum@quantum3group.com | Feb 20 2026 00:57:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 15048422 | + | Email/Text: rmcdowell@slgcollect.com | Feb 20 2026 00:57:00 | Saldutti Law Group, 1040 Kings Hwy N, Cherry Hill, NJ 08034-1925 |
| 15048423 | + | Email/Text: synovusbankruptcy@synovus.com | Feb 20 2026 00:57:00 | Synovus Bank, Attn: Bankrupty Department, P.O.Box 120, Columbus, GA 31902-0120 |
| 15062863 | + | Email/Text: bankruptcy@bbandt.com | Feb 20 2026 00:57:00 | Truist Bank, Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 15048425 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 20 2026 00:57:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15048427 | | Email/Text: USB_BNC_Emails@g2risksolutions.com | Feb 20 2026 00:57:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 15048428 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Feb 20 2026 01:02:14 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15059170 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Feb 20 2026 01:02:19 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |
| 15050666 | + | Email/Text: RASEBN@raslg.com | Feb 20 2026 00:56:00 | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15050768 | + | Email/Text: RASEBN@raslg.com | Feb 20 2026 00:56:00 | Wells Fargo Bank, N.A.., Robertson, Anschutz, Schneid,Crane & Par, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15071985 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 01:02:25 | Wilmington Savings Fund Society, FSB, et al., NewRez LLC DBA Shellpoint Mortgage Servi, Bankruptcy Department, PO Box 10826, Greenville SC 29603-0826 |

TOTAL: 48

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15063694 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15055434 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: 155 | Total Noticed: 62 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Wilmington Savings Fund Society  FSB, not its individual capacity but solely as Owner Trustee for Verus Securitization Trust 2022-3 philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| MICHAEL A. CIBIK | on behalf of Debtor Edward L. Spann  IV help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Wells Fargo Bank  N.A. mimcgowan@raslg.com |
| REBECCA K. MCDOWELL | on behalf of Creditor Meridian Equipment Finance  LLC rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com |
| SHERRI DICKS | on behalf of Creditor Wells Fargo Bank  N.A. sdicks@raslg.com, shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Edward L. Spann IV ) Case No. 25−13625−djb
)
)
Debtor(s). ) Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 19, 2026                           For The Court

                                                                                  Derek J Baker
                                                                                  Judge, United States Bankruptcy Court